IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
DANA G. STOKLEY,                        :
on behalf of ROGER G. STOKLEY,          :
                                        :
     Plaintiff,                         :
                                        :
vs.                                     :    CIVIL ACTION 11-0125-M
                                        :
MICHAEL J. ASTRUE,                      :
Commission of Social Security,          :
                                        :
     Defendant.                         :
```

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Dana G. Stokley, on behalf of Roger G. Stokley.

DONE this 19th day of October, 2011.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE